# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| BOBBY EUGENE MITCHELL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 2:11-cv-8013-LSC-JHE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM OPINION

The magistrate judge filed a report and recommendation on November 1, 2013 (Doc. # 9), recommending that the motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255, be DENIED. The parties were allowed an opportunity to file objections. Despite the fact that the magistrate judge granted (Doc. # 11) the petitioner's motion for an extension of time to object (Doc. # 10), no objections have been received from either party.

Having carefully reviewed and considered *de novo* all the materials in the court file, the Court is of the opinion that the magistrate judge's findings are due to be and are hereby are ADOPTED and his recommendation is ACCEPTED. Accordingly, the petition for writ of habeas corpus is due to be DENIED. A Final Judgment will be entered.

As to the foregoing it is SO ORDERED this the 10th day of December, 2013.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
174256